IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN MICHAEL ADEE,<br>　　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| THOMAS MCGINLEY,<br>　　　　　Defendants. | NO. 21-0044 |

## O R D E R

**AND NOW**, this 23rd day of March, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski and the review of Objections by United States District Judge Wendy Beetlestone, **IT IS ORDERED** that:

1.　The Report and Recommendation is **APPROVED** and **ADOPTED**.

2.　The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **SUMMARILY DISMISSED** as time-barred, without an evidentiary hearing.

3.　There is no basis for the issuance of a certificate of appealability.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**